**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| ESTATE OF LYNN D. WILSON BY DONNA KILLINGER, EXECUTRIX, | : | No. 25 WAL 2018 |
| | : | |
| Respondent | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| | : | |
| v. | : | |
| | : | |
| STATE EMPLOYEES' RETIREMENT BOARD, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of July, 2018, the Petition for Allowance of Appeal is **GRANTED.** The issues, as stated by petitioner are:

(1)     Did the Commonwealth Court abuse its discretion and depart from accepted judicial practice in holding that the Decedent's retirement option change application must be considered filed when mailed?

(2)     Did Commonwealth Court apply the wrong scope and standard of review to the Retirement Board's adjudication by not affording the appropriate deference to the Retirement Board's interpretation of the State Employees' Retirement Code, 71 Pa.C.S. §§ 5101-5958, ("Retirement Code") and duty adopted regulation for determining a document's filing date, and by making unsupported evidentiary presumptions, regarding the actual mailing of the documents at issue in this case?